THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTIAGO, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 23, 1974, convicting him of

possession of a weapon and dangerous instrument and appliance, as a felony, upon his plea of guilty, and imposing sentence. The appeal brings up for review a decision of the same court, dated April 3, 1974, which denied defendant's motion to suppress evidence seized pursuant to a search warrant. Judgment affirmed. In our opinion the determination of the suppression motion is governed by the decisions in *People v Hansen* (47 AD2d 545), *People v Coscia* (26 AD2d 649), *People v Valentine* (17 NY2d 128) and *People v Smith* (21 NY2d 698) *People v Fino* (14 NY2d 160), upon which appellant relies, is inapposite. There the police merely observed several alleged bookmakers enter a private dwelling in which there were two unlisted telephones. They had nothing further upon which to base their claims that bookmaking was being carried on in the premises. A reading of the affidavit upon which the search warrant was issued in this case in a "commonsense and realistic fashion", as opposed to a "hypertechnical" manner, demonstrates that it is sufficient *(United States v· Ventresca,* 380 US 102, 108, 109). Latham, Acting P. J., Cohalan, Brennan, Munder and Shapiro, JJ., concur.